**Opinion filed October 14, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00043-CV

_____

## RICARDO RODRIGUEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CR 12823**

### M E M O R A N D U M   O P I N I O N

Appellant, Ricardo Rodriguez, filed a pro se notice of appeal from an order denying an application for writ of mandamus that he had filed in the trial court. Appellant's brief was originally due to be filed in this court on or before June 9, 2021. We have granted three extensions of time in which to file the brief: one based upon Appellant's motion and two based upon the court's own motion. On August 30, 2021, we issued a letter in which we directed Appellant to file his appellate brief in this court on or before September 29, 2021. We informed

Appellant that the failure to file his brief in this court by that date could "**result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

October 14, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.